UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHARLES WESLEY WASHINGTON JR.,**

      **Plaintiff,**

v.                                                                    Case No. 6:25-cv-1717-CEM-RMN

**CITY OF ST. CLOUD, MICHAEL NIETO, and CITY ST. CLOUD POLICE DEPARTMENT,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 11). The United States Magistrate Judge issued a Report and Recommendation (Doc. 12), recommending that the Motion be denied, the Amended Complaint (Doc. 6) be dismissed without prejudice, and Plaintiff be permitted to amend.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 11) is **DENIED**.

3. The Amended Complaint (Doc. 6) is **DISMISSED without prejudice**.

4. **On or before December 22, 2025**, Plaintiff may file a Second Amended Complaint that complies with the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party